# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | CAPOBIANCO, ANTHONY T | § | Case No. 10-32673 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/07/2012 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/11/2012          By:  /s/Glenn R. Heyman
                                      Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CAPOBIANCO, ANTHONY T                    §        Case No. 10-32673
                                                §
                                                §
Debtor(s)                                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $        10,893.20

*and approved disbursements of*                 $           125.00

*leaving a balance on hand of* ¹                $        10,768.20

**Balance on hand:**                            $        10,768.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| 1 | COOK COUNTY TREASURER'S OFFICE | 774.27 | 0.00 | 0.00 | 0.00 |

**Claim withdrawn 09/12/2012**    Total to be paid to secured creditors:    $        0.00
                                  Remaining balance:                        $   10,768.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - GLENN R. HEYMAN | 1,839.32 | 0.00 | 1,839.32 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,450.00 | 0.00 | 2,450.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 25.57 | 0.00 | 25.57 |

Total to be paid for chapter 7 administration expenses:    $        4,314.89
Remaining balance:                                         $        6,453.31

¹ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00

Remaining balance:   $   6,453.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00

Remaining balance:   $   6,453.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 69,042.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -2 | Discover Bank - DB Servicing Corporation | 16,161.09 | 0.00 | 1,510.57 |
| 3 | US BANK N.A. | 3,743.73 | 0.00 | 349.92 |
| 4 | US BANK N.A. | 506.45 | 0.00 | 47.34 |
| 5 | US BANK N.A. | 19,992.97 | 0.00 | 1,868.72 |
| 6 | FIA CARD SERVICES, N.A. | 28,637.96 | 0.00 | 2,676.76 |

Total to be paid for timely general unsecured claims:   $   6,453.31

Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None     |          |                         |                          |                  |

|  |  |
|--|--|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None     |          |                         |                          |                  |

|  |  |
|--|--|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By:  /s/GLENN R. HEYMAN

Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 10-32673-TAB
Anthony T Capobianco                                                            Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann          Page 1 of 2          Date Rcvd: Oct 12, 2012
                             Form ID: pdf006          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2012.
db          +Anthony T Capobianco,   3954 N Oriole,   Unit 204,   Chicago, IL 60634-2182
15887982    +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
15887983    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  Cap One,   Po Box 85520,   Richmond, VA 23285)
15997448    +COCOK COUNTY TREASURER'S OFFICE,   LEGAL DEPARTMENT,   118 NORTH CLARK STREET P ROOM 112,
             CHICAGO, IL 60602-1332
15887984    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15887986    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15887988     Cook county Assessor,   Chicago, IL 60601
18599956     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
15887990    +Hsbc/Brgnr,   Po Box 15521,   Wilmington, DE 19850-5521
18567771    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15997450    +E-mail/Text: lbankruptcy@cookcountytreasurer.com Oct 13 2012 00:34:02
             COOK COUNTY TREASURER'S OFFICE,   LEGAL DEPARTMENT,   118 NORTH CLARK STREET - ROOM 112,
             CHICAGO, IL 60602-1332
18394828     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 13 2012 00:37:28
             Discover Bank - DB Servicing Corporation,   PO Box 3025,   New Albany OH 43054-3025
15887989    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 13 2012 00:37:38      Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
                                                                                            TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15887985*   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15887991*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,   Po Box 5227,   Cincinnati, OH 45201)
15887992*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank Hogan Loc,   Po Box 5227,   Cincinnati, OH 45201)
15887993*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125)
15887981    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
15887987    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                         TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**                    **Signature:**      *Joseph Speetjens*

District/off: 0752-1          User: pseamann          Page 2 of 2          Date Rcvd: Oct 12, 2012
                             Form ID: pdf006          Total Noticed: 13

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2012 at the address(es) listed below:
        Gary L Shilts    on behalf of Debtor Anthony Capobianco gshilts@earthlink.net
        Glenn R Heyman    on behalf of Trustee Glenn Heyman gheyman@craneheyman.com,
        slydon@craneheyman.com;ecrane@craneheyman.com
        Glenn R Heyman    gheyman@craneheyman.com,
        il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
        Gloria C  Tsotsos    on behalf of Creditor  CITIMORTGAGE, INC. nd-three@il.cslegal.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                         TOTAL: 5