# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CAPOBIANCO, ANTHONY T    § Case No. 10-32673
                                §
                                §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $381,971.00          Assets Exempt: $20,950.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,453.31    Claims Discharged
                                              Without Payment: $142,896.89

Total Expenses of Administration: $4,439.89

---

3) Total gross receipts of $ 10,893.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,893.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $401,294.00 | $774.27 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,439.89 | 4,439.89 | 4,439.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 144,192.00 | 69,042.20 | 69,042.20 | 6,453.31 |
| **TOTAL DISBURSEMENTS** | $545,486.00 | $74,256.36 | $73,482.09 | $10,893.20 |

4) This case was originally filed under Chapter 7 on July 23, 2010. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/25/2013          By: /s/GLENN R. HEYMAN
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MetLife Ins policy cash value aprox $11,000 | 1229-000 | 10,893.20 |
| **TOTAL GROSS RECEIPTS** | | **$10,893.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | COOK COUNTY TREASURER'S OFFICE | 4800-000 | N/A | 774.27 | 0.00 | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 241,197.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank | 4110-000 | 156,597.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook county Assessor | 4110-000 | 3,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$401,294.00** | **$774.27** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,839.32 | 1,839.32 | 1,839.32 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,450.00 | 2,450.00 | 2,450.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 25.57 | 25.57 | 25.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,439.89** | **$4,439.89** | **$4,439.89** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -2 | Discover Bank - DB Servicing Corporation | 7100-000 | 15,016.00 | 16,161.09 | 16,161.09 | 1,510.57 |
| 3 | US BANK N.A. | 7100-000 | 3,727.00 | 3,743.73 | 3,743.73 | 349.92 |
| 4 | US BANK N.A. | 7100-000 | N/A | 506.45 | 506.45 | 47.34 |
| 5 | US BANK N.A. | 7100-000 | 18,967.00 | 19,992.97 | 19,992.97 | 1,868.72 |
| 6 | FIA CARD SERVICES, N.A. | 7100-000 | 26,174.00 | 28,637.96 | 28,637.96 | 2,676.76 |
| NOTFILED | Chase | 7100-000 | 11,583.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 17,688.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 24,088.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | HSBC/Brgnr | 7100-000 | 8.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 19,115.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 7,826.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $144,192.00 | $69,042.20 | $69,042.20 | $6,453.31 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-32673  
**Case Name:** CAPOBIANCO, ANTHONY T  

**Period Ending:** 01/25/13

**Trustee:** (330360)  GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 07/23/10 (f)  
**§341(a) Meeting Date:** 09/27/10  
**Claims Bar Date:** 04/12/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 3954 N Oriole, Unit 204, Chicago IL 60634<br>    Orig. Asset Memo: Orig. Description: 3954 N Oriole, Unit 204, Chicago IL 60634; Imported from original petition Doc# 1;  (See Footnote) | 230,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 9606 W Higgins, Rosemont IL 60018<br>    Orig. Asset Memo: Orig. Description: 9606 W Higgins, Rosemont IL 60018; Imported from original petition Doc# 1;  (See Footnote) | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2160 N Mulligan, Chicago IL 606<br>    Orig. Asset Memo: Orig. Description: 2160 N Mulligan, Chicago IL 606 jointly with ex-wife, (vacant residential lot); Imported from original petition Doc# 1; (See Footnote) | 20,000.00 | 15,771.00 | OA | 0.00 | FA |
| 4 | cash on hand<br>    Orig. Asset Memo: Orig. Description: cash on hand; Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | US Bank Rosemont<br>    Orig. Asset Memo: Orig. Description: US Bank Rosemont; Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc household goods<br>    Orig. Asset Memo: Orig. Description: Misc household goods; Imported from original petition Doc# 1; | 750.00 | 0.00 | DA | 0.00 | FA |
| 7 | nec wearing apparel<br>    Orig. Asset Memo: Orig. Description: nec wearing apparel; Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Merrill Lynch IRA<br>    Orig. Asset Memo: Orig. Description: Merrill Lynch IRA; Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | Wells Fargo Advisors stock acct<br>    Orig. Asset Memo: Orig. Description: Wells Fargo Advisors stock acct; Imported from original petition | 871.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-32673  
**Case Name:** CAPOBIANCO, ANTHONY T  

**Period Ending:** 01/25/13

**Trustee:** (330360)   GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 07/23/10 (f)  
**§341(a) Meeting Date:** 09/27/10  
**Claims Bar Date:** 04/12/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Doc# 1; Imported from Amended Doc#: 27 | | | | | |
| 10   rent from Phillip Wood<br>Orig. Asset Memo: Orig. Description: Phillip Wood 2550 Devon ave DesPlaines IL 60018 rental arrearages from prior tennant; Imported from original petition Doc# 1; | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 11   1997 Lincoln<br>Orig. Asset Memo: Orig. Description: 1997 Lincoln; Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 12   1994 Pontiac<br>Orig. Asset Memo: Orig. Description: 1994 Pontiac; Imported from original petition Doc# 1; Imported from Amended Doc#: 27 | 500.00 | 0.00 | DA | 0.00 | FA |
| 13   Life insurance policy  DUPE ASSET TO #15  (u)<br>DUPE OF #15 | Unknown | Unknown | DA | 0.00 | FA |
| 14   Misc household goods<br>Orig. Asset Memo: Orig. Description: Misc household goods; Imported from Amended Doc#: 27 | 750.00 | 750.00 | DA | 0.00 | FA |
| 15   MetLife Ins policy cash value aprox $11,000  (u)<br>Orig. Asset Memo: Orig. Description: MetLife Ins policy cash value aprox $11,000; Imported from Amended Doc#: 27 | 11,000.00 | 11,000.00 | | 10,893.20 | FA |
| 16   Phillip Wood rental arrearages from prior tenant<br>Orig. Asset Memo: Orig. Description: Phillip Wood 2550 Devon ave DesPlaines IL 60018 rental arrearages from prior tennant; Imported from Amended Doc#: 27 | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| **16   Assets   Totals** (Excluding unknown values) | **$392,971.00** | **$33,521.00** | | **$10,893.20** | **$0.00** |

RE PROP# 1   Abandoned by Court Order 06/15/2011  
RE PROP# 2   Abandoned by Court Order  
RE PROP# 3   Exemption objected to and Schedule C amended.  
              Abandoned by Court Order

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-32673  
**Case Name:** CAPOBIANCO, ANTHONY T  

**Period Ending:** 01/25/13

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 07/23/10 (f)  
**§341(a) Meeting Date:** 09/27/10  
**Claims Bar Date:** 04/12/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

12/30/2011: Have demanded turnover of cash surrender value of life insurance policy from insurance company.

08/15/2012: Claim objection filed hg set for 09/19. Then close case. (dk)

**Initial Projected Date Of Final Report (TFR):**   February 28, 2013    **Current Projected Date Of Final Report (TFR):**   September 25, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-32673 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | CAPOBIANCO, ANTHONY T | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******50-65 - Checking Account |
| Taxpayer ID #: | **-***5490 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/25/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/25/12 | {15} | MetLife Insurance Company | Cash Surrender Value of Debtor's Life Insurance Policy | 1229-000 | 10,893.20 | | 10,893.20 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,868.20 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,843.20 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,818.20 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,793.20 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,768.20 |
| 11/07/12 | 1001 | GLENN R. HEYMAN | | 2100-000 | | 1,839.32 | 8,928.88 |
| 11/07/12 | 1002 | Crane, Heyman, Simon, Welch & Clar | | 3110-000 | | 2,450.00 | 6,478.88 |
| 11/07/12 | 1003 | Crane, Heyman, Simon, Welch & Clar | | 3120-000 | | 25.57 | 6,453.31 |
| 11/09/12 | 1004 | Discover Bank - DB Servicing Corporation | Dividend paid 9.34% on $16,161.09; Claim# 2-2; Filed: $16,161.09; Reference: | 7100-000 | | 1,510.57 | 4,942.74 |
| 11/09/12 | 1005 | US BANK N.A. | Dividend paid 9.34% on $3,743.73; Claim# 3; Filed: $3,743.73; Reference: | 7100-000 | | 349.92 | 4,592.82 |
| 11/09/12 | 1006 | US BANK N.A. | Dividend paid 9.34% on $506.45; Claim# 4; Filed: $506.45; Reference: | 7100-000 | | 47.34 | 4,545.48 |
| 11/09/12 | 1007 | US BANK N.A. | Dividend paid 9.34% on $19,992.97; Claim# 5; Filed: $19,992.97; Reference: | 7100-000 | | 1,868.72 | 2,676.76 |
| 11/09/12 | 1008 | FIA CARD SERVICES, N.A. | Dividend paid 9.34% on $28,637.96; Claim# 6; Filed: $28,637.96; Reference: | 7100-000 | | 2,676.76 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,893.20 | 10,893.20 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 10,893.20 | 10,893.20 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $10,893.20 | $10,893.20 | |

Net Receipts :   10,893.20
Net Estate :   $10,893.20

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******50-65 | 10,893.20 | 10,893.20 | 0.00 |
| | $10,893.20 | $10,893.20 | $0.00 |

{} Asset reference(s)